CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5051
FAX: (408) 535-5081
christina.liu@usdoj.gov

Attorneys for United States of America

FILED

Oct 06 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL RENTERIA MENDEZ,<br><br>a/k/a “Compa,” a/k/a “Amigo,”<br><br>Defendant. | CASE NO. 5:26-mj-71309 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 6, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) ________________________

pending in the Southern District of New York, Case Number CR 26-441.

In that case (copy of indictment attached), the defendant is charged with a violation(s) of

Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A) (Conspiracy to Distribute Narcotics).

The maximum penalties are as follows: Minimum 10 years and maximum lifetime in prison, 5 years of supervised release, $10 million fine, $100 special assessment fee, forfeiture, and denial of federal benefits.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: October 6, 2026

*<u>/s/ Christina Liu</u>*
Christina Liu
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOEL RENTERIA MENDEZ,
a/k/a "Compa," a/k/a "Amigo,"

Defendant.

**SEALED INDICTMENT**

S2 26 Cr. 441

**COUNT ONE**
**(Conspiracy to Distribute Narcotics)**

The Grand Jury charges:

1. From at least in or around April 2026, up to and including the date of the filing of this Indictment, in the Southern District of New York and elsewhere, JOEL RENTERIA MENDEZ, a/k/a "Compa," a/k/a "Amigo," the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that JOEL RENTERIA MENDEZ, a/k/a "Compa," a/k/a "Amigo," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, JOEL RENTERIA MENDEZ, a/k/a "Compa," a/k/a "Amigo," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

[redacted]
FOREPERSON
9/25/26

James M. McDonald
JAMES M. McDONALD
United States Attorney

Mod AO 442 (09/13) Arrest Warrant AUSA Name & Telno: AUSA Kevin Grossinger (212-637-2426; kevin.grossinger@usdoj.gov)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
JOEL RENTERIA MENDEZ,
a/k/a "Compa," a/k/a "Amigo,"

*Defendant*

Case No. S2 26 Cr. 441

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOEL RENTERIA MENDEZ, a/k/a "Compa," a/k/a "Amigo",
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ☑ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 846 (Conspiracy to Distribute Narcotics)

Date: 09/25/2026

Tammi M. Hellwig
*Issuing officer's signature*
Tammi M. Hellwig

City and state: New York, NY

Hon. Stewart D. Aaron, USMJ, SDNY
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*