AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Joel Mendez<br>*Defendant* | Case No. 5:26-mj-71309-MAG<br>Charging District: Southern District of New York<br>Charging District's Case No. CR 26-441 SDNY |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States Courthouse<br>500 Pearl Street, New York, NY 10007 | Courtroom No.: 20 A |
| | Date and Time: 11/6/2026 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/09/2026

*Judge's signature*

Nathanael M. Cousins, Chief Magistrate Judge

*Printed name and title*